UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SANDY GRACIANO, *on behalf of himself and all other persons similarly situated*,

                              Plaintiff,

-against-

FULL SOURCE, LLC,

                             Defendant.

------------------------------------- x

ORDER

20 Civ. 7481 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

      The initial conference scheduled for February 17, 2021 is canceled.

Dated: New York, New York
       October 2, 2020

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge